T. J. HUCKABY v. THE STATE.

6876. Decided April 26, 1922.

Theft From Person—Companion Case—Practice on Appeal.

Where the facts involved in the instant appeal are identical with those in Cause No. 6874, the judgment will be reversed and the cause remanded for the same reasons.

Appeal from the District Court of Potter. Tried below before the Honorable Henry S. Bishop.

Appeal from a conviction of theft; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Veale & Lumpkin,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Potter County of theft from the person, and his punishment fixed at two years in the penitentiary.

The facts involved in this case are identical with those in cause No. 6874, an opinion in which is this day handed down. For the reasons given in said companion case, the judgment herein will be reversed and the cause remanded for another trial.

*Reversed and remanded.*